1 | **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JOHN LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHN LEE, | **Case No.: 8:22-cv-01322 FWS (DFMx)** |
|---|---|
| Plaintiff, | Assigned to Hon. Fred W. Slaughter |
| vs. | |
| FROILAN SANCHEZ; DOES 1 to 10, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| Defendants. | |

JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JOHN LEE ("Plaintiff") and Defendant FROILAN SANCHEZ, stipulate and jointly request that this Court dismiss, without prejudice, the above-captioned action, in its entirety. Each party shall bear their own costs and attorneys' fees.

Respectfully submitted,

DATED:  October 25, 2022       SO. CAL. EQUAL ACCESS GROUP

By:   */s/   Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff

Dated: October 25, 2022        Respectfully submitted,

By:   */s/ John R. Cogorno*
      JOHN R. COGORNO
      Attorney for Defendant,
      FROILAN SANCHEZ

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 25, 2022              By: */s/ Jason J. Kim*
                                          Jason J. Kim